Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CORPORATION OF THE CATHOLIC ARCHBISHOP OF SEATTLE, a Washington corporation sole,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC., a Vermont corporation,<br><br>Defendant. | NO. 2:17-cv-00364-JLR<br><br>JOINT STIPULATION AND ORDER REQUESTING STAY OF ALL PROCEEDINGS |

## STIPULATION

The parties, through their undersigned counsel of record, jointly request that this Court stay all litigation and deadlines in this case, including determination of the pending Motion to Dismiss brought by Defendant and the pending Motion for Partial Summary Judgment brought by Plaintiff, and the Joinder of Parties deadline, until June 26, 2017. The parties are filing this joint stipulation because there is an upcoming mediation scheduled in the underlying matter and they have agreed to engage in good-faith negotiation in an attempt to resolve all claims in this case.

So stipulated this 17th day of May, 2017.

JOINT STIPULATION AND
ORDER - 1

CROWLEY LAW OFFICES, P.S.
1411 Fourth Avenue Suite 1520 • Seattle, WA 98101
(206) 224-7069 • Facsimile (206) 624-8785
www.crowleylawoffices.com

| Attorneys for Plaintiff Corporation of the Catholic Archbishop of Seattle | Attorneys for The National Catholic Risk Retention Group, Inc. |
|---|---|
| By _____<br>William J. Crowley, WSBA #18499<br>CROWLEY LAW OFFICES, P.S.<br>1411 Fourth Avenue, Suite 1520<br>Seattle, WA 98101<br>Tel: (206) 224-7069 \| Fax (206) 624-8785<br><br>By _____<br>James R. Murray, WSBA #25263<br>BLANK ROME LLP<br>1825 Eye Street NW<br>Washington, D.C. 20006<br>Tel: (202) 420-3409 \| Fax (202) 420-2201 | By _____<br>Philip Randolph Meade, WSBA # 14671<br>David Stephen Cottnair, WSBA # 28206<br>Merrick Hofstedt & Lindsey<br>3010 Western Ave Ste 200<br>Seattle, WA 98121<br>Tel: (206) 682-0610 \| (206) 467-2689<br><br>By _____<br>Glenn F. Fencl<br>David J. Rock<br>Johnson & Bell, Ltd.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>Tel: (312) 984-6688 |

ORDER

This matter having come before the Court on the stipulation of the parties, and good cause having been shown,

IT IS HEREBY ORDERED THAT all litigation and deadlines are stayed until June 26, 2017. The parties must file a joint status report by June 26, 2017, indicating the status of the case. *JLR*

DATED this 17th day of May, 2017.

_____
HONORABLE JAMES ROBART
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND
ORDER - 2

CROWLEY LAW OFFICES, P.S.
1411 Fourth Avenue Suite 1520 • Seattle, WA 98101
(206) 224-7069 • Facsimile (206) 624-8785
www.crowleylawoffices.com